UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

BOFI FEDERAL BANK, a federal savings bank, :
                         Petitioner, :        16-MC-25 (P1)
                                                     :
                        -v- :        <u>ORDER</u>
                                                     :
SEEKING ALPHA, INC., :
                         Defendant. :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      For the reasons stated on the record in court today, the motion to compel is DENIED and the crossmotion to quash the subpoena is GRANTED. The Clerk of Court is directed to close the entries at docket numbers 1 and 11, and to terminate the case.

      SO ORDERED.

Dated: February 9, 2016
       New York, New York

_____
J. PAUL OETKEN
United States District Judge